# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANGELA HIBBARD, | Case No. 1:13-cv-414 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER THAT: (1) THIS MATTER BE REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (2) THIS CASE BE CLOSED

This civil action is before the Court on the parties' joint motion for remand. (Doc. 12). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Accordingly, the parties' joint request for remand (Doc. 12) is **GRANTED**.

On remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

Date: 11/18/13

Timothy S. Black
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Angela Hibbard,<br>Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | )<br>)<br>) Civil Action No.: 1:13-cv-00414<br>) Judge Black<br>) Magistrate Judge Bowman<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR REMAND

Plaintiff, Angela Hibbard, and Defendant, Commissioner of Social Security, by and through their respective counsel, hereby stipulate and petition this Court to order a reversal with remand of this case for a rehearing administrative proceeding pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58 for the Plaintiff. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct a rehearing with the Plaintiff, vocational testimony, receive additional evidence and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. After evaluating the evidence the ALJ will issue a de novo decision regarding Plaintiff's application for disability benefits.

WHEREFORE, the parties request that this Court order a reversal with remand of this case to the Commissioner for further consideration and to enter judgment for the Plaintiff pursuant to the fourth sentence of 42 U.S.C. 405(g) and the Federal Rule of Civil Procedure 58..