UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANGELA HIBBARD,**           CASE NO.   **1:13-cv-414**

   Plaintiff,               Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the parties' joint motion for remand (Doc. 12) is **GRANTED** and this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and this case is **CLOSED** on the docket of this Court.

Date: November 18, 2013                    **JOHN P. HEHMAN, CLERK**

                                                  By: *s/ M. Rogers*
                                                  Deputy Clerk